IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISHAM ABULABAN,

    Plaintiff,

vs.                            CASE NO.: 4:07cv443-SPM/WCS

ROBERT MUELLER III, Director,
Federal Bureau of Investigation (FBI),
MICHAEL CHERTOFF, Secretary,
Department of Homeland Security (DHS),
EMILIO GONZALES, Director, U.S.
Citizenship and Immigration Services
(USCIS), GREGORY CHRISTIAN,
Acting Director, Nebraska
Service Center, USCIS

_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to Plaintiff's Motion to Dismiss Complaint (doc. 5) and Federal Rule of Civil Procedure 41(a)(1).  Accordingly, the Clerk shall close the case.

SO ORDERED this <u>fourth</u> day of April, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge